Matter of McKenzie v Mennin (2024 NY Slip Op 05057)

Matter of McKenzie v Mennin

2024 NY Slip Op 05057

Decided on October 15, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 15, 2024

Before: Webber, J.P., Kapnick, Kennedy, Scarpulla, Shulman, JJ. 

Appeal No. 2833, M-2024-03193 Case No. 2024-04077 

[*1]In the Matter of Otoniel McKenzie, Petitioner,
v
Hon. Felicia A. Mennin, J.S.C., etc., Respondent. 

Otoniel McKenzie, petitioner pro se.
Letitia James, Attorney General, New York (Joya C. Sonnenfeldt of counsel), for respondent.

The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules,
Now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon,
It is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. M-2024-03139 - McKenzie v Mennin 
Motion for poor person relief and other relief denied.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT. 
ENTERED: October 15, 2024